FILED

MAR 20 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America | Case No. 19-mj-70407-MAG-1 (KAW) |
|---|---|
| v. | Charging District: New Hampshire |
| LAUREL BENNETT, Defendants. | Charging District's Case No.: 19-cr-00004-JL |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: U.S. District Court<br>District of New Hampshire<br>55 Pleasant Street<br>Room 110<br>Concord, NH 03301-3941 | Courtroom No.: 2 |
|---|---|
| | Date and Time: April 1, 2019 at 2:30 p.m. before Judge Joseph N. Laplante |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 3/20/19

Kandis A. Westmore
United States Magistrate Judge